1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7        DISTRICT OF NEVADA
8        * * * * *
9    UNITED STATES OF AMERICA,          )
                                        )   3:06-cr-00063-LRH-RAM
10                   Plaintiff,         )
                                        )   ORDER
11   vs.                               )
                                        )
12   RODNEY LAUDERDALE,                 )
                                        )
13                   Defendant.         )
     _____ )
14

15        Before the court is a letter/motion to the court by the Defendant (#33) in which he seeks

16   relief to adjust the payment schedule of the restitution order entered by the court at sentencing.

17   The court will treat it as a motion.  This motion apparently was prompted by the court's previous

18   order in this matter (#31).

19        In this case, the judgment from sentencing provides, in pertinent part, as follows:

20             Restitution Obligation - The defendant shall make restitution in the
               amount of NINETEEN THOUSAND ONE HUNDRED NINETY
21             FOUR DOLLARS ($19,194.00) pursuant to a payment schedule to
               be determined by the probation officer.  While of [sic] supervised
22             release, restitution shall be paid monthly at the rate of no less than
               ten percent (10%) of gross income, subject to an adjustment by the
23             Court based upon the ability to pay.

24        The victims' losses as a result of Defendant's robberies were sizable and the court

25   concludes that the existing restitution order should continue.  In his letter/motion, Lauderdale

26   indicates that he can make "minimum acceptable imbursements (sic) of $25.00 per quarter"

27   while he is in prison.

28   ///

1    The court defers to the sound judgment and policies of the Bureau of Prisons.  Subject to

2 such deferral, and good cause appearing,

3    It is hereby recommended to the Bureau of Prisons that Defendant's payment schedule,

4 while he is in prison on the sentence imposed herein, shall be at a rate of no less than ten percent

5 (10%) of his gross income or Twenty-five Dollars ($25.00) per quarter, whichever amount is

6 greater.  Upon his release from prison, his restitution obligation during supervised release shall

7 be reinstated to the terms and conditions originally imposed by the court at sentencing.

8    Defendant's motion (#33) is therefore DENIED IN PART and GRANTED IN PART as

9 reflected by this disposition.

10    IT IS SO ORDERED.

11    DATED this 11th day of June, 2008.

12

13

14    _____

15    LARRY R. HICKS
      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2