UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RODNEY LAUDERDALE<br><br>        Defendant. | 3:06-CR-063-LRH-RAM |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#28) on April 19, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: WELLS FARGO BANK
    Amount of Restitution: $6,649.00

    Name of Payee: COLONIAL BANK
    Amount of Restitution: $737.00

    Name of Payee: BANK OF THE WEST
    Amount of Restitution: $7,876.00

    Name of Payee: U S BANK NATIONAL ASSOCIATION
    Amount of Restitution: $3,932.00

**Total Amount of Restitution ordered:** $19,194.00

Dated this 10th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE