# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>RODNEY LAUDERDALE,<br><br>         Defendant. | Case No. 3:06-cr-00063-LRH-RAM<br><br>**ORDER AUTHORIZING PAYMENT FROM FEDERAL BUREAU OF INVESTIGATION** |

This matter is before the Court on the motion of the United States to authorize payment from the Federal Bureau of Investigation ("FBI") pursuant to 18 U.S.C. § 3613(a). The Court has reviewed the motion and finds that for good cause shown, the FBI shall turn over to the Clerk of Court funds held as evidence in the amount of $414.00 for the above named defendant as payment towards the criminal monetary penalties imposed in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

Payment shall be made payable to: Clerk of the Court, U.S. District Court, and delivered to:

Clerk of the Court, U.S. District Court
333 Las Vegas Boulevard South, Suite 1334
Las Vegas, NV 89101

Payment shall reference Judgment Debtor's name and case number:

"Rodney Lauderdale / 3:06-cr-00063-LRH-RAM."

**IT IS SO ORDERED**:

Dated: April 24, 2023

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE